## Mabbit and others *ads*. Bird, assignee of the sheriff of Rensselaer.

THE original fuit was inftituted againft *five ;* the fheriff returned *four, taken,* and as to one, *non eft ;* but by miftake took bail bond for the appearance of *all.* The four who were taken entered fpecial bail, and gave notice, to which there was no exception.

The plaintiff then inftituted the prefent fuit on the bail bond againft the whole. And now,

*Woodworth* for defendants moved to fet afide the proceedings in the fuit for irregularity.

*Bird contra.* He infifted that this Court have no cognizance of a cafe like the prefent ; that this is an appeal to the *equity powers* of the Court, which can never be exercifed till after forfeiture of the condition. The defendants muft refort to their plea.

*Per Curiam.* The principle contended for by the counfel for the plaintiff, is correct. Equity

K

powers only arife *after* forfeiture of a condition in the bail bond.

The defendants muft rely upon their plea of *comperuit ad diem*. But this decifion is not to be underftood as precluding defendants from applying hereafter to the equitable interpofition of the Court.                          Motion denied.